**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**SUMNER LAW LLP**
372 Andover Place
Robbinsville, New Jersey 08691
(914) 559-2966
Attorneys for Plaintiff
Dr. Briance Mascarenhas

---------------------------------------------------------------x
DR. BRIANCE MASCARENHAS,                    Civil Action No. 16-5348(JBS)(LHG)

               Plaintiff,                    **NOTICE OF APPEARANCE**
  -against-

RUTGERS, THE STATE UNIVERSITY,

               Defendant.
---------------------------------------------------------------x

      PLEASE TAKE NOTICE that Sonya Malhotra hereby appears as counsel to Plaintiff Dr.

Briance Mascarenhas and requests to receive all notices and papers served via ECF.

                                          Sumner Law LLP
                                          372 Andover Place
                                          Robbinsville, New Jersey 08691

                                          */s/ Sonya Malhotra*
                                          SONYA MALHOTRA

DATED:       September 22, 2017