UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------x
DR. BRIANCE MASCARENHAS,

                           Plaintiff,

     -against-

RUTGERS, THE STATE UNIVERSITY,

                           Defendant.
---------------------------------------------------------x

**NOTICE OF WITHDRAWAL AS COUNSEL**

Civil Action No. 16-5348 (RMB)(LHG)

      PLEASE TAKE NOTICE that Sonya M. Sumner, of Sumner Law LLP, 372 Andover Place, Robbinsville, New Jersey 08691, hereby withdraws as counsel to Plaintiff Dr. Briance Mascarenhas.

Dated: August 14, 2019
       Robbinsville, New Jersey

                                                                          Sonya M. Sumner
                                                                          Sumner Law LLP
                                                                          372 Andover Place
                                                                          Robbinsville, New Jersey 08691
                                                                          sonya.sumner@sumnerllp.com

TO:    Counsel of record via ECF.