IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DR. BRIANCE MASCARENHAS,<br><br>      Plaintiff,<br><br>v.<br><br>RUTGERS, THE STATE UNIVERSITY,<br><br>      Defendant. | HONORABLE RENÉE MARIE BUMB<br><br>Civil Action<br>No. 16-5348 (RMB-LHG)<br><br>**ORDER** |

    This matter having come before the Court by way of Defendant's motion for summary judgment [Docket Item 34]; the Court having considered the parties' submissions; for the reasons explained in the Opinion of today's date; and for good cause shown;

    IT IS this **15th** day of **August 2019**,

    **ORDERED** that Defendant's motion for summary judgment [Docket Item 34] shall be, and hereby is, **GRANTED**; and it is further

    **ORDERED** that the Clerk of Court shall **CLOSE** this case upon the docket.

                                      s/Renée Marie Bumb
                                      RENÉE MARIE BUMB
                                      U.S. District Judge