UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 19-3137
_____

DR. BRIANCE MASCARENHAS,
Appellant

v.

RUTGERS, THE STATE UNIVERSITY
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil Action No. 1-16-cv-05348)
District Judge: Hon. Renee M. Bumb
_____

Submitted Under Third Circuit L.A.R. 34.1(a)
June 19, 2020
_____

Before: SMITH, *Chief Judge*, CHAGARES and PORTER,
*Circuit Judges*.

_____

JUDGMENT
_____

This cause came to be considered on the record from the District Court for the District of New Jersey and was submitted on June 19, 2020. On consideration whereof, it is hereby ORDERED and ADJUDGED by this Court that the order of the District Court entered on August 15, 2019 is hereby AFFIRMED. All of the above in accordance with the Opinion of this Court. Costs shall be taxed against Appellant.

2

                                  ATTEST:

                              <u>s/ Patricia S. Dodszuweit</u>
                              Clerk

Dated: _June 22, 2020